```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION
```

INTERNATIONAL GOLDEN FOODS, INC.,  )
                                   )
              Plaintiff,            )
                                   )
     v.                             )     No. 08 C 5695
                                   )
BEL OASIS, etc.,                    )
              Defendant.            )

## MEMORANDUM ORDER

International Golden Foods, Inc. ("International") has filed this action against Bel Oasis ("Bel"), its supplier of imported dates, invoking federal jurisdiction in diversity of citizenship terms. Because Complaint ¶2 fails to identify the location of Bel's principal place of business, as required by 28 U.S.C. §1332(c)(1), International's counsel is ordered to file a prompt amendment to the Complaint so that the existence of the required diversity can be confirmed. In the meantime, because this Court recognizes the possibility that a successful demonstration can be made in that respect, this Court has issued its typical initial scheduling order.

                                   _____
                                   Milton I. Shadur
                                   Senior United States District Judge

Date:  October 10, 2008