```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION
```

INTERNATIONAL GOLDEN FOODS, INC.,   )
                                    )
            Plaintiff,              )
                                    )
    v.                              )    No.  08 C 5695
                                    )
BEL OASIS, etc.,                    )
            Defendant.              )

## MEMORANDUM ORDER

Bel Oasis has just filed a Motion To Dismiss for Improper Service and Incorrect Party, but without its counsel's having designated a presentment date as is required by this District Court's LR 5.3(b). That however is a nonproblem, because this Court has already issued a brief memorandum order on November 13 dismissing this action for lack of subject matter jurisdiction, based on the failure of plaintiff's counsel to comply with an earlier memorandum order that pointed out the deficiency of the Complaint in failing to establish the requisite diversity of citizenship. Accordingly no action needs to be taken on the motion unless plaintiff's counsel were to seek relief from this Court's November 13 ruling in a timely fashion.

                              _____
                              Milton I. Shadur
                              Senior United States District Judge

Date:  November 20, 2008